UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 11 AM 6:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| TERRY WILLIAMS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| WARDEN LITTLE, et al., | CASE NO: 2:05-2049-B |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 5, 2005, this cause is hereby dismissed, without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/6/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_Earline Drayer_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02049 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Terry Williams
SHELBY COUNTY JAIL
4139303
201 Poplar Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT